[No. 9331.  *En Banc.*  December 29, 1911.]

ETTA MAY COLE *et al., Respondents,* v. JOHN GERRICK *et al.,*
*Appellants.*[1]

Appeal from a judgment of the superior court for King county,
Main, J., entered October 31, 1910, upon the verdict of a jury rendered
in favor of the plaintiff, in an action for wrongful death of an
employee engaged as a structural iron worker in the erection of a
building.  Affirmed.

*Milo A. Root,* for appellants.

*Walter A. Keene,* for respondents.

ON REHEARING.

PER CURIAM.—A petition for rehearing in this case having been
granted, argument thereon before the court *en banc* was heard on
December 28, 1911.  A majority of the court being of the opinion
that the judgment should be affirmed for the reason stated in the
majority opinion of Department One, rendered February 17, 1911,
*Cole v. Gerrick,* 62 Wash. 226, 113 Pac. 565, it is so ordered.

---

[No. 8961.  *En Banc.*  December 29, 1911.]

SCANDINAVIAN AMERICAN BANK, *Appellant,* v. E. W. JOHNSTON,
*Respondent.*[2]

Appeal from a judgment of the superior court for King county,
Neal, J., entered January 29, 1910, upon the verdict of a jury rendered
in favor of the defendant, in an action on a promissory note.  Re-
versed.

*Roberts, Battle, Hulbert & Tennant,* for appellant.

*Hart, Prigmore & Evans,* for respondent.

ON REHEARING.

PER CURIAM.—On respondent's petition and appellant's answer
thereto, a rehearing *en banc* has been granted in this action.  After
such rehearing, the majority of this court conclude that the opinion
heretofore filed herein, 63 Wash. 187, 115 Pac. 102, should be sus-
tained.

It is therefore ordered that the judgment of the superior court be
reversed, and that the cause be remanded with instructions to enter
judgment in favor of the plaintiff in accordance with the prayer of
the complaint.

[1]Reported in 119 Pac. 829.

[2]Reported in 119 Pac. 804.